JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
    Office of the General Counsel
    Office of Program Litigation
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4861
    Facsimile: (415) 744-0134
    Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARIA DEL ROSARIO E. FRIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-02580-MAA<br><br>[~~PROPOSED~~] **JUDGMENT** |

| | |
|---|---|
| 1 | The Court having approved the parties' stipulation to remand this case |
| 2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent |
| 3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby |
| 4 | entered for Plaintiff. |

DATED: August 9, 2023

_____
HONORABLE JUDGE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE