LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| MARIA E. DEL ROSARIO FRIAS, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>)<br>    Defendant. )<br>) | No: 2:23-cv-2580-MAA<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND NINE HUNDRED TWENTY-SIX DOLLARS AND 90/100 ($1,926.90) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:   October 11, 2023          _____

                                        HON. MARIA A. AUDERO
                                        UNITED STATES MAGISTRATE JUDGE

-1-